| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, CA  90067.3107 |
| | Telephone:     310.553.0308 |
| 4 | Facsimile:     310.553.5583 |
| 5 | GREGORY G. ISKANDER, Bar No. 200215 |
| | giskander@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
| | 1255 Treat Boulevard, Suite 600 |
| 7 | Walnut Creek, CA  94597 |
| | Telephone:     925.932.2468 |
| 8 | Facsimile:     925.946.9809 |
| 9 | SOPHIA BEHNIA, Bar No. 289318 |
| | sbehnia@littler.com |
| 10 | PERRY K. MISKA, JR., Bar No. 299129 |
| | pmiska@littler.com |
| 11 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 12 | San Francisco, CA 94104 |
| | Telephone:     415.433.1940 |
| 13 | Facsimile:     415.399.8490 |
| 14 | Attorneys for Defendant |
| | T-MOBILE USA, INC. |
| 15 | |
| 16 | *Additional Parties listed on next page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated, | Case No.  4:17-cv-04151-HSG |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE HAYWOOD S. GILLIAM |
| v. | **JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER** |
| T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendant. | |
| | Complaint Filed:  January 31, 2017 |

27  ARNAB BANERJEE, Bar No. 252618

28

Case No.  4:17-cv-04151-HSG

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER

| | |
|---|---|
| 1 | Arnab.Banerjee@capstonelawyers.com |
| 2 | BRANDON BROUILLETTE, Bar No. 273156 |
| | Brandon.Brouillette@capstonelawyers.com |
| 3 | RUHANDY GLEZAKOS, Bar No. 307473 |
| | Ruhandy.Glezakos@capstonelawyers.com |
| 4 | CAPSTONE LAW APC |
| | 1875 Century Park East, Suite 1000 |
| 5 | Los Angeles, CA 90067 |
| | Telephone: 310.556.4811 |
| 6 | Facsimile: 310.943.0396 |

2. Case No. 4:17-cv-04151-HSG

JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

| | |
|---|---|
| 1 | Defendant T-MOBILE USA, INC. ("Defendant") and Plaintiff JESSE BLACK |

Defendant T-MOBILE USA, INC. ("Defendant") and Plaintiff JESSE BLACK ("Plaintiff") (collectively "Parties"), by and through their respective counsel, hereby stipulate and request the Court to Order as follows:

WHEREAS, on August 21, 2017, Plaintiff filed a Motion to Remand this action;

WHEREAS, the Parties have met and conferred regarding the hearing date on Plaintiff's motion to remand, as well as the current opposition and reply deadlines;

WHEREAS, the Parties have agreed to continue Defendant's deadline to file an Opposition to Plaintiff's Motion to September 12, 2017;

WHEREAS, the Parties have agreed to continue Plaintiff's deadline to file a Reply in support of his Motion to September 19, 2017;

WHEREAS, the Parties have agreed to continue the hearing on Plaintiff's Motion to October 12, 2017, or as soon thereafter as the Court may hear this matter;

THEREFORE, it is hereby stipulated and agreed that Defendant's deadline to file an Opposition to Plaintiff's Motion be continued to September 12, 2017; Plaintiff's deadline to file a Reply in support of his Motion be continued to September 19, 2017; and that the Motion to Remand shall be heard on October 12, 2017 at 2:00 p.m. or as soon thereafter as this Court is available.

IT IS SO STIPULATED.

Dated: August 30, 2017

*/s/ Arnab Banerjee*
ARNAB BANERJEE
BRANDON BROUILLETTE
RUHANDY GLEZAKOS
CAPSTONE LAW APC
Attorneys for Plaintiff JESSE BLACK

Dated: August 30, 2017

*/s/ Sophia Behnia*
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys For Defendant
T-MOBILE USA, INC.

3. Case No. 4:17-cv-04151-HSG

JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2017

*/s/ Sophia Behnia*
SOPHIA BEHNIA
LITTLER MENDELSON, P.C.
Attorneys For Defendant
T-MOBILE USA, INC.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308

## **ORDER**

IT IS HEREBY ORDERED that Defendant's deadline to file an Opposition to Plaintiff's Motion be continued to September 12, 2017; Plaintiff's deadline to file a Reply in support of his Motion be continued to September 19, 2017; and that the Motion to Remand shall be heard on October 26, 2017 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August 31, 2017

_____
JUDGE HAYWOOD S. GILLIAM, JR.

Firmwide:149780740.1 066431.1020

5.   Case No. 4:17-cv-04151-HSG

JOINT STIPULATION TO CONTINUE DEADLINES RELATED TO PLAINTIFF'S MOTION TO REMAND; ORDER

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067
310.553.0308