UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:17-CV-04151 HSG<br><br>CLASS ACTION COMPLAINT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**ORDER**

Having read and considered the parties' Joint Stipulated Request to Continue Case Management Conference, and for **GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby approves the parties' stipulation and orders as follows:

1. The Case Management Conference scheduled for October 24, 2017, at 2:00 p.m., shall be continued to October 26, 2017, at 2:00 p.m.

**IT IS SO ORDERD.**

Date: October 11, 2017

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.