Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Brandon K. Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Ruhandy Glezakos (SBN 307473)
Ruhandy.Glezakos@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff JESSE BLACK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No.:  4:17-CV-04151-HSG<br><br>CLASS ACTION COMPLAINT<br><br>[Assigned for All Purposes to Hon. Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>[Filed concurrently with Motion to Appear by Telephone]<br><br>Date:     November 28, 2017<br>Time:    2:00 p.m.<br>Place:   Courtroom 2 |

# ORDER

The Court has considered Plaintiff's Administrative Request for Telephonic Appearance and finds that Plaintiff's counsel, Arnab Banerjee of Capstone Law APC, is permitted to appear telephonically at the Case Management Conference set to take place at 2:00 p.m. on November 28, 2017 in Department 2 in this matter. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: November 16, 2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER