1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10   JESSE BLACK, individually, and on        Case No.:  4:17-cv-04151
     behalf of other members of the
11   general public similarly situated,       CLASS ACTION COMPLAINT

12              Plaintiff,                     **SCHEDULING ORDER**

13          vs.

14   T-MOBILE USA, INC., a Delaware
     corporation; and DOES 1 through 10,
15   inclusive,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

# SCHEDULING ORDER

Having read and considered the Joint Stipulation on Parties' Proposed Case Schedule, and for **GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby approves the parties' stipulation and orders as follows:

| **Deadline** | **Date** |
|---|---|
| Deadline to participate in private mediation | June 30, 2018 |
| Completion of precertification fact discovery | August 1, 2018 |
| Precertification expert disclosure deadline | August 1, 2018 |
| Deadline to file Class Certification Motion | August 10, 2018 |
| Deadline to file Opposition to Class Certification Motion | September 24, 2018 |
| Completion of precertification expert discovery | October 12, 2018 |
| Deadline to file Reply to Class Certification Motion | October 19, 2018 |
| Hearing on Class Certification Motion | November 15, 2018 |

No dates for trial and dipositive motions shall currently be set. The Parties shall meet and confer and submit a further proposed scheduling order within 30 days of a ruling on Plaintiff's Motion for Class Certification.

**IT IS SO ORDERD.**

Date: December 4, 2017

Hon. Haywood S. Gilliam Jr.