# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Black, et al. | CASE No C 4:17-cv-4151 HSG |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| T-Mobile USA, Inc. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Private ADR** (*specify process and provider*)
   The parties are in the process of meeting and conferring regarding the selection of a mutually agreeable mediator.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.* )

☑ other requested deadline: June 30, 2018

Date: October 4, 2017          /s/ Brandon Brouillette
                               Attorney for Plaintiff

Date: October 4, 2017          /s/ Gregory G. Iskander
                               Attorney for Defendant

---

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:


Date:  6/26/2018                 *Haywood S. Gill Jr.*
                               U.S. DISTRICT ~~MAGISTRATE~~ JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*