| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:17-cv-04151-HSG (SK)<br><br>CLASS ACTION COMPLAINT<br><br>**ORDER TO CONTINUE DEADLINE TO PARTICIPATE IN PRIVATE MEDIATION** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having read and considered the Joint Stipulation to Continue Deadline to |
| 3 | Participate in Private Mediation, and for **GOOD CAUSE HAVING BEEN** |
| 4 | **SHOWN**, the Court hereby approves the parties' stipulation and orders that the |
| 5 | Deadline to Participate in Private mediation be continued from June 30, 2018 to |
| 6 | July 12, 2018. |

**IT IS SO ORDERD.**

Date: June 26, 2018

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam Jr.