UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 4:17-cv-04151<br><br>CLASS ACTION COMPLAINT<br><br>**SCHEDULING ORDER** |

**SCHEDULING ORDER**

Having read and considered the Joint Stipulation to Continue Case Deadlines, and for **GOOD CAUSE HAVING BEEN SHOWN**, the Court hereby approves the parties' stipulation and orders as follows:

| **Deadline** | **Date** |
|---|---|
| Deadline to participate in private mediation | August 30, 2018 |
| Completion of precertification fact discovery | October 1, 2018 |
| Precertification expert disclosure deadline | October 1, 2018 |
| Deadline to file Class Certification Motion | October 10, 2018 |
| Deadline to file Opposition to Class Certification Motion | November 26, 2018 |
| Completion of precertification expert discovery | December 12, 2018 |
| Deadline to file Reply to Class Certification Motion | December 19, 2018 |
| Hearing on Class Certification Motion | January 17, 2019 |

No dates for trial and dipositive motions shall currently be set. The Parties shall meet and confer and submit a further proposed scheduling order within 30 days of a ruling on Plaintiff's Motion for Class Certification.

**IT IS SO ORDERED.**

Date: July 11, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.

Page 1
SCHEDULING ORDER