Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:     (310) 556.4811
Facsimile:     (310) 943.0396

Attorneys for Plaintiff Jesse Black

Keith A. Jacoby (SBN 150233)
Kjacoby@littler.com
Littler Mendelson, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone:     (310) 553-0308
Facsimile:     (310) 553-5583

Attorneys for Defendant T-Mobile USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 4:17-cv-04151-HSG<br><br>**ORDER APPROVING SCHEDULE FOR SETTLEMENT ADMINISTRATION AND THE FINAL APPROVAL HEARING** |

# ORDER

Having reviewed the Parties' Amended Joint Stipulation, and **GOOD CAUSE** having been shown, the Court hereby sets the following schedule for settlement administration and the Final Approval Hearing.

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative class members | March 11, 2019 |
| Filing Deadline for attorneys' fees and costs motion | March 21, 2019 |
| Filing deadline for incentive payment motion | March 21, 2019 |
| Deadline for class members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment | April 25, 2019 |
| Filing deadline for final approval motion | May 9, 2019 |
| Final fairness hearing and hearing on motions | June 13, 2019 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: 2/20/2019

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge