Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Brandon Brouillette (SBN 273156)
Brandon.Brouillette@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Jesse Black

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE BLACK, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>T-MOBILE USA, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 4:17-cv-04151-HSG<br><br>**STIPULATED JUDGMENT** |

Plaintiff Jesse Black, as an individual and on behalf of all others similarly situated, and Defendant T-Mobile USA, Inc. (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate to entry of a Judgment as follows:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting Final Approval of Class Action Settlement and Granting in Part and Denying in Part Motion for Attorneys' Fees and the Parties' Joint Stipulation of Class Action Settlement and Release (collectively, "Settlement Agreement"). Unless otherwise provided herein, all capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. With the exception of the single Class Member who opted out of the Settlement Class, all Class Members are bound by this Judgment and are barred from pursuing, or seeking to reopen, any of the Released Claims, as defined in the Settlement Agreement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

4. Funds represented by Individual Settlement Payment checks returned as undeliverable and Individual Settlement Payment checks remaining un-cashed for more than one hundred and eighty (180) calendar days after issuance will be tendered to the State Controller's Office, Unclaimed Property Division.

**IT IS SO STIPULATED.**

Dated: July 25, 2019      **CAPSTONE LAW APC**

By: /s/ Raul Perez
Raul Perez
Attorneys for Plaintiff Jesse Black

Dated: July 25, 2019      **LITTLER MENDELSON P.C.**

By: /s/ Keith Jacoby (as authorized on 7/25/2019)
Keith Jacoby
Attorneys for Defendant T-Mobile USA, Inc.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: 7/30/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge